### CHRISTIAN *v.* SODERBERG.

Mortgages — Foreclosure — Deficiency — Conclusiveness of Decree—Liability of Wife.

A decree of foreclosure against a husband and wife on a note and mortgage executed by them, declaring that both are liable for the amount of the debt, is conclusive as to the liability of the wife, and she cannot interpose the defense, in proceedings for the issuance of an execution for a deficiency, that, as the note was not given with reference to her separate estate, she is not personally liable thereon.

Appeal from Muskegon; Russell, J. Submitted February 6, 1900. Decided May 15, 1900.

Bill by Antoine Christian against Sam A. Soderberg and Anna Soderberg to foreclose a mortgage. Complainant appeals from an order denying, as to defendant Anna, an execution for a deficiency. Reversed.

*James E. Sullivan* ( *Charles S. Marr*, of counsel), for complainant.

*Arthur Jones*, for defendant Anna Soderberg.

MONTGOMERY, C. J.    Defendants are husband and wife.   On the 19th day of April, 1890, they made and executed a promissory note in the sum of $1,000, payable to complainant, and executed a mortgage collateral thereto. A bill was duly filed to foreclose this mortgage, a subpoena served, together with a memorandum stating that a personal decree was sought against both defendants.    Default was made by defendants, and a decree declaring both defendants liable for, and determining, the amount due, was duly entered.    A sale of the mortgaged premises was had, and a deficiency reported.    Application was thereupon made for an execution for deficiency.    The petition was dismissed as against Anna Soderberg on the ground that she was a married woman when the note was given, and, as it was not given with reference to her separate estate, she was not personally liable upon it. Complainant appeals.

The defense attempted should have been interposed before decree.   *Haldane* v. *Sweet*, 58 Mich. 431 (25 N. W. 383); *Jehle* v. *Brooks*, 112 Mich. 131 (70 N. W. 440); *Ward* v. *Obenauer*, 119 Mich. 17 (77 N. W. 305).    It was competent for the court to determine the liability of the defendant by the decree.   *Simons* v. *McDonnell*, 120 Mich. 621 (79 N. W. 916).    A judgment or decree is binding upon a married woman.   See *Wilson* v. *Coolidge*, 42 Mich. 112 (3 N. W. 285); *Evans* v. *Calman*, 92 Mich. 427 (52 N. W. 787, 31 Am. St. Rep. 606).

The order will be reversed, and an order entered for execution, with costs of this court.

The other Justices concurred.